No. 75–1604. SILVER BELL INDUSTRIES, INC. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1615. UTAH CAPITAL CORP. ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (SECURITIES AND EXCHANGE COMMISSION ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 75–1618. MANNELLA v. UNITED STATES; and
No. 75–1738. ROSA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–1619. GIBSON ET AL. v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 75–1624. STEARNS v. VETERANS OF FOREIGN WARS. C. A. D. C. Cir. Certiorari denied.

No. 75–1625. ARLEN REALTY & DEVELOPMENT CORP. ET AL. v. CONDOR CORP. C. A. 8th Cir. Certiorari denied.

No. 75–1626. ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., OREGON-COLUMBIA CHAPTER, ET AL. v. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 701. C. A. 9th Cir. Certiorari denied.

No. 75–1627. JACKSON COUNTY, MISSOURI, ET AL. v. PUBLIC SERVICE COMMISSION OF MISSOURI ET AL. Sup. Ct. Mo. Certiorari denied.

No. 75–1629. FERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1630. ANDERSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1632. BIANCO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.